AO 245D    (Rev  09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| DINA MICHELLE STARNES | |

**(WO)**

Case No.  3:08cr105-MEF-01

USM No. 12493-002

Nicole Ramos
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    1,3 and 4 _____ of the Petition filed 6/26/13.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant committed another federal, state or local crime | 06/03/2013 |
| 3 | Defendant left the judicial district without the permission of the probation officer | 06/03/2013 |
| 4 | Defendant failed to truthfully answer all inquiries by the | 06/03/2013 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.
Violations 2 and 5 of the Petition are dismissed on Government's Motion

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4156

Defendant's Year of Birth:    1972

City and State of Defendant's Residence:
LaGrange, GA

10/02/2013
_____
Date of Imposition of Judgment

_____
Signature of Judge

Mark E. Fuller, U.S. District Judge
_____
Name and Title of Judge

7 OcToBer 2013
_____
Date

AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

DEFENDANT: DINA MICHELLE STARNES
CASE NUMBER: 3:08cr105-MEF-01

## ADDITIONAL VIOLATIONS

**Violation Number**        **Nature of Violation**

                                                                    **Violation
                                                                    Concluded**

probation officer and follow the instructions of the probation officer

AO 245D    (Rev 09/11) Judgment in a Criminal Case for Revocations
        Sheet 2— Imprisonment

Judgment — Page   __3__   of   __3__

DEFENDANT:  DINA MICHELLE STARNES
CASE NUMBER:  3:08cr105-MEF-01

## IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Eight (8) months.  The term of supervised release imposed on February 24, 2011 is REVOKED.

   ☑  The court makes the following recommendations to the Bureau of Prisons:

Defendant be referred to a facility where mental health treatment is available, that she be evaluated within BOP for mental health issues, depression or any problem which she can receive treatment within the BOP, and provided the opportunity to receive those services through BOP.  Also, where she can receive benefits of vocational training and educational programs.

   ☑  The defendant is remanded to the custody of the United States Marshal.

   ☐  The defendant shall surrender to the United States Marshal for this district:

      ☐  at  _____ ☐  a.m.   ☐  p.m.   on  _____ .

      ☐  as notified by the United States Marshal.

   ☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐  before 2 p.m. on  _____ .

      ☐  as notified by the United States Marshal.

      ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____ to  _____

at  _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL